IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01374-MSK-MJW

BETTY PEREA,

        Plaintiff,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

        Defendant.

---

ORDER TO VACATE SETTLEMENT CONFERENCE
( Docket No 27 )

---

THIS MATTER COMING ON upon plaintiff's unopposed motion to vacate the settlement conference set for 1:30 p.m., Monday, March 5, 2007, and

SAID MOTION being meritorious.

IT IS ORDERED that the settlement conference set for 1:30 p.m., Monday, March 5, 2007 is vacated. And The Unopposed motion to vacate settlement Conference is Granted.

SO ORDERED this 27 day of February 2007.

_____
~~UNITED STATES MAGISTRATE JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO