IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01374-MSK-MJW

BETTY PEREA,

Plaintiff(s),

v.

HUNTER DOUGLAS, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendant's Motion to Amend Answer (docket no. 31) is DENIED. Since the time to amend pleadings or join additional parties has expired per the Rule 16 Scheduling Order, this motion must be determined pursuant to Fed. R. Civ. P. 16(b) and 15(a) and Pumpco v. Schenker Int'l, Inc., 204 F.R.D. 667, 668 (D. Colo. 2001). Here, the court finds that Defendant has failed to establish "good cause" for allowing this late Amended Answer. Malea Nett had been employed by the Defendant continuously through the present. Defendant knew of Malea Nett's existence as a potential witness well before March 21, 2007, when she was interviewed by Defendant's counsel. Defendant has failed to demonstrate why Ms. Nett could not have been contacted at home well before March 21, 2007, for an interview while she was on a leave of absence.

Date: April 16, 2007